**CVS/pharmacy**

Production Receipt

BELLO

BELLO, PETE
201-800-1776

PICKUP - 07/27 AFTER 10:00 AM

ORDER # 015249
1 INDEX PRINT-G 4X6
24 1 HR SGL 24 G 4X6

11

STORE #129 YSABEL 07/26/2010 1:27 PM



1700129000015249

**WEBSTER LOCK & HARDWARE CO. INC.**
RADIO DISPATCHED SERVICE 384493
2471 Webster Ave., Bronx, N.Y. 10458
PHONE (718) 584-4960
FAX (718) 733-2678

July-26-10

Bill To:

Address: 7300 [illegible]

CASH ☐ CHARGE ☐
CHECK ☐ CODE ____ P.O. #

| | Description | | Amount |
|---|---|---|---|
| | [illegible] 2 - [illegible] 2000 - Pad locks [illegible] | | |
| | [illegible] | | 126.00 |
| 2 - | [illegible] Pad locks Model # 7000. | @ 30.00 | 60.00 |
| | [illegible] | | 185.00 |
| | | tax | 16.41 |
| | | | 201.41 |

[signature]

LOCKSMITH IN CHARGE



RITE AID PHARMACY

With us, it's personal.

Store #03363
650 CASTLE HILL AVE
BRONX , NEW YORK, NY 10473
(718) 863-6304

Register #5 Transaction #129144
Cashier #33633415 7/26/10 9:46AM

1 SANCKP RA DSP CAM W/FL24+ 9.99 T
1 MM ORANGE JUICE 15.22 SNG 1.99 F

2 Items

Subtotal 11.98
Tax .89
Total 12.87

* CASH PAYMENT *
Tendered 20.00
Cash Change 7.13

T - Taxable
F - Food Stamp Eligible