# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2010.

Selected Entity Name: 2300 XTRA WHOLESALERS, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | 2300 XTRA WHOLESALERS, INC. |
| **Initial DOS Filing Date:** | FEBRUARY 10, 1992 |
| **County:** | BRONX |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | INACTIVE - Dissolution by Proclamation / Annulment of Authority (Apr 29, 2009) |

Information to reinstate a corporation that has been dissolved by proclamation or annulment of authority by proclamation is available on the New York State Department of Taxation and Finance website at www.tax.state.ny.us keyword TR-194.1 or by writing to NYS Department of Taxation and Finance, Reinstatement Unit/Bldg-8, Rm #958, W.A. Harriman Campus, Albany, NY 12227 or by telephone at 1-800-972-1233

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
2300 XTRA WHOLESALERS, INC.
2300 RANDALL AVENUE
BRONX, NEW YORK, 10473

**Chairman or Chief Executive Officer**
JOSE R CARABALLO
700 HAVEMEYER AVE
BRONX, NEW YORK, 10473

**Principal Executive Office**
2300 XTRA WHOLESALERS, INC.
700 HAVEMEYER AVE
BRONX, NEW YORK, 10473

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| FEB 10, 1992 | Actual | 2300 XTRA WHOLESALERS, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us   |   Web Feedback