# EXHIBIT F

---

**From:**   eric@lrbinsurance.net
**Sent:**   Wednesday, July 06, 2011 12:14 PM
**To:**    'Neal Rosenbloom'
**Subject:** FW: Randall Meat Corp

Dear Neil:

I reviewed the attached and this statement shows all payments pertaining to Randall Meat Corp for various insurance that was in force from 2008 - 2010.

Store insurance – Property insurance and General Liability Insurance
Workers Compensation and Short term disability insurance

Please call me if you have any questions.

Regards
Eric

Eric D. Bell
Licensed Insurance Broker
LRB Associates Inc.
Phone: 718-292-2637 x14
Fax:    718-292-2650

**From:** gloria Gomez [mailto:gloria@lrbinsurance.net]
**Sent:** Wednesday, July 06, 2011 12:08 PM
**To:** eric@lrbinsurance.net
**Subject:** FW: Randall Meat Corp

FYI

**From:** gloria Gomez [mailto:gloria@lrbinsurance.net]
**Sent:** Thursday, June 30, 2011 5:22 PM
**To:** 'tiofive75@yahoo.com'
**Subject:** Randall Meat Corp

Pete,

As per your request, attached you will find the account report from 2008 to 2010

Regards,

Gloria Gomez
Licensed Insurance Broker
Lawrence R. Bell & Associates Inc
Tel 718-292-2637 x 10
Fax 718-292-2650

7/6/2011

3:43 PM

06/30/11

Accrual Basis

Lawrence Brokers Associates Inc.

## Account QuickReport

### All Transactions

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **Accounts Receivable** | | | | | | | | |
| Invoice | 4/10/2008 | 46169 | Randall Meat Mar... | Estimate 2742 | -SPLIT- | 13,621.00 | | 13,621.00 |
| Payment | 4/11/2008 | 477682 ppp | Randall Meat Mar... | payment | Citibank Pre.. | | 8,172.00 | 5,449.00 |
| Payment | 4/18/2008 | | Randall Meat Mar... | Final Payment | Undeposited ... | | 5,449.00 | 0.00 |
| Invoice | 6/11/2008 | 46374 | Randall Meat Mar... | | -SPLIT- | 45,311.00 | | 45,311.00 |
| Payment | 6/18/2008 | 1256 chase | Randall Meat Mar... | down pment (ojresources check) | Undeposited ... | | 5,692.00 | 39,619.00 |
| Invoice | 6/19/2008 | 46623 | Randall Meat Mar... | PAID 09/24 CLD 09/30 | -SPLIT- | 8,310.35 | | 47,929.35 |
| Payment | 7/2/2008 | wire | Randall Meat Mar... | pls final payment | Premiums ad... | | 33,927.00 | 14,002.35 |
| Invoice | 7/2/2008 | 50417 | Randall Meat Mar... | | Premiums ad.. | 0.00 | | 14,002.35 |
| Payment | 7/3/2008 | 1011 chase | Randall Meat Mar... | payment 1/2 | Postdated fu... | | 5,692.00 | 8,310.35 |
| Invoice | 8/15/2008 | 46624 | Randall Meat Mar... | paid 09/24 CLD 09/30 | -SPLIT- | 10,978.00 | | 19,288.35 |
| Payment | 9/24/2008 | 4061 ocean bk | Randall Meat Mar... | randalln ck 31,385.10 dep 09/24 | Referred acc... | | 19,288.35 | 0.00 |
| Invoice | 12/22/2008 | 477021122 | Randall Meat Mar... | | Disability | 1,776.00 | | 1,776.00 |
| Payment | 2/4/2009 | ck 1130 | Randall Meat Mar... | 5505 simpson corp ck | ACH BATCH | | 1,776.00 | 0.00 |
| Invoice | 3/24/2009 | 50212 | Randall Meat Mar... | PAID PD CK 0615 | -SPLIT- | 15,829.00 | | 15,829.00 |
| Payment | 4/17/2009 | 494788/138106 | Randall Meat Mar... | ppp pmt | Citibank Pre... | | 9,329.00 | 6,500.00 |
| Invoice | 6/2/2009 | 50415 | Randall Meat Mar... | | collections c... | 1,679.32 | | 8,179.32 |
| Credit Memo | 6/2/2009 | 50416 | Randall Meat Mar... | VOID: | PREMIUM D... | 0.00 | | 8,179.32 |
| General Journal | 6/2/2009 | 50416 | Randall Meat Mar... | eric | Premium Dir... | | 1,679.32 | 6,500.00 |
| Invoice | 6/8/2009 | 50466 | Randall Meat Mar... | pd pd end 0625 | -SPLIT- | 58,289.00 | | 64,789.00 |
| Credit Memo | 6/15/2009 | 50473 | Randall Meat Mar... | VOID: | PREMIUM D... | 0.00 | | 64,789.00 |
| Payment | 6/15/2009 | 1077200 | Randall Meat Mar... | BPF PMT | ACH BATCH | | 43,289.00 | 21,500.00 |
| General Journal | 6/15/2009 | 50473 | Randall Meat Mar... | eric | Premium Dir... | | 6,500.00 | 15,000.00 |
| Stmt Charge | 6/25/2009 | | Randall Meat Mar... | pd ck  1024 | Premiums ad... | | 7,500.00 | 7,500.00 |
| Stmt Charge | 6/30/2009 | | Randall Meat Mar... | ck pd  1025 | Premiums ad... | | 7,500.00 | 0.00 |
| Stmt Charge | 6/30/2009 | | Randall Meat Mar... | Randall Meat Market Corp. ret ck | Returned Ch... | 7,500.00 | | 7,500.00 |
| Stmt Charge | 7/2/2009 | | Randall Meat Mar... | 2ND CK dgo then to pay 0710 | Returned Ch... | 7,500.00 | | 15,000.00 |
| Stmt Charge | 7/2/2009 | | Randall Meat Mar... | 2 rt ck fees | Fees | 150.00 | | 15,150.00 |
| Invoice | 7/6/2009 | 50510 | Randall Meat Mar... | 07/17 check on mail | Endorsement... | 2,616.00 | | 17,766.00 |
| Payment | 7/21/2009 | 4567 G/A FINE ... | Randall Meat Mar... | FINAL PAYMENT | Undeposited ... | | 17,766.00 | 0.00 |
| Invoice | 10/5/2009 | 50760 | Randall Meat Mar... | | -SPLIT- | 15,662.00 | | 15,662.00 |
| Payment | 10/5/2009 | | Randall Meat Mar... | PAYMENT ON ACCOUNTS | Premiums ad... | | 21,931.00 | -6,269.00 |
| Check | 10/14/2009 | ach | Randall Meat Mar... | Randall Meat Market Corp. 494788 | Citibank Pre... | 6,397.40 | | 128.40 |
| Invoice | 3/29/2010 | 51274 | Randall Meat Mar... | FINAL PAYOFF ROCHDALE | -SPLIT- | 0.00 | | 128.40 |
| Payment | 4/16/2010 | DIRECT | Randall Meat Mar... | | Direct Payme... | | 128.40 | 0.00 |
| Invoice | 5/27/2010 | 51497 | Randall Meat Mar... | Estimate 5782: | -SPLIT- | 7,360.00 | | 7,360.00 |
| Payment | 6/24/2010 | ach 1st nat | Randall Meat Mar... | full pmt DOMINGO THEN ACH | ACH BATCH | | 7,360.00 | 0.00 |
| **Total Accounts Receivable** | | | | | | 202,979.07 | 202,979.07 | 0.00 |
| **TOTAL** | | | | | | 202,979.07 | 202,979.07 | 0.00 |